UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 2, 2016 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc    SCANNED BY: /s/

Bernard C. Carter #23637

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

1:16-cv-667

Robert Holmes Bell - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

v. Geo Corp, Warden Ralph Cheery, chief of security Mr. Naidow, Theresa Delahout, North Lake Corr. Facility medical department

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Kentucky Federal Court

2. Is the action still pending? Yes ☐ No ☒

   a. If your answer was no, state precisely how the action was resolved: I had it dismissed

3. Did you appeal the decision? Yes ☐ No ☒

4. Is the appeal still pending? Yes ☐ No ☒

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: _____

II. **Place of Present Confinement** North Lake Corr. Facility

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

Lee Adjustment Center Beattyville, KY.

-1-

### III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Bernard Carter #23637_

Address _North Lake Corr. Facility 1805w 32nd St. Baldwin, Mich 49304_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 _Geo Group Inc._

Position or Title _Private Prison_

Place of Employment _Boca Raton, Fla_

Address _621 NW 53rd st. Boca Raton, Fla. 33487_

Official and/or personal capacity? _official and personal_

Name of Defendant #2 _Mr. Ralph Cherry_

Position or Title _Warden_

Place of Employment _North Lake Corr. Facility_

Address _1805w 32nd st. Baldwin, Mich 49304_

Official and/or personal capacity? _official and personal_

Name of Defendant #3 _Mr. Maidow_

Position or Title _Chief of Sercurity_

Place of Employment _North Lake Corr. Facility_

Address _1805w 32nd st. Baldwin, Mich 49304_

Official and/or personal capacity? _official and personal_

Name of Defendant #4 _Theresa Belahavy_

Position or Title _1x Nurse at NLCF_

Place of Employment _N/A was North Lake Corr. Facility_

Address _N/A_

Official and/or personal capacity? _official and personal_

Name of Defendant #5 _Medical Department at North Lake Corr. Facility_

Position or Title _medical_

Place of Employment _North Lake Corr. Facility_

Address _1805w 32nd st. Baldwin, Mich 49304_

Official and/or personal capacity? _official and personal_

In about Aug. 2015, she would make sexual comments to me that made me feel uncomfortable. I told her I didn't want her to speak to me like that and she said that she wasn't going to stop. She would tell me how she could see my penis through my shorts, that she wanted to give me oral sex. That she wanted me to masterbate and she wanted to play with my semen. She would tell me how she wanted me to have sex with her. Then it got to where she would be touching me in ways that she shouldn't have and it made me feel uncomfortable. I was scared to tell anybody, I was in a high security unit and she would come there and call me out, call me to medical at times 3x's a week. I thought somebody would see what was going on. Many times she had me expose myself to her, have me rub between her legs. On 12-16-15 she called me to medical and wanted me to rub between her legs, she said that was my B-Day present. Her actions have made it where mentally it effected me, emotionally it did. I lost 25 lbs in last than 3 months.

# The Complaint

I, Bernard Carter, is stating the following as true.

I am a Vermont inmate being housed at a GEO Private Prison in Baldwin, Mich. I was transferred here on 6/29/15

## Facts

① GEO is a private prison which is responsible for the actions of there staff that they hire.

② Warden Chirry, is responsible for the operation of the facility. That he is the Warden and responsible for the action of the staff at the facility. He is the over seer and what happens here he is responsible.

③ Chief of Security Nardun, is responsible for the training and to make sure that the inmates are protected at the facility. He retaliated against me by keeping me in seg. longer than I should have as well as make a comment to me, that was not proper.

④ Nurse Bishop, she sexually harassed me.

she violated my rights by the PREA Act. As well as she falsified a statement. She got fired for her actions against me.

(5) The medical department is responsible because the neglect from not realizing that she was calling down to medical all of them times, they should have realized what was going on. They were and are responsible for her actions. I feel they rotated against me, because I put in numberous med slips to see the pschi. doctor and they took their time.

Bernard Carter
*[signature]*

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

*Attached separately on lined paper*

## V. Relief

State briefly and precisely what you want the court to do for you.

(1) Award Plaintiff $150,000. for mental distress and PREA
(2) Remove Plaintiff from North Lake Corr. Facility pending the lawsuit, so there is no more retaliation.
(3) Have defendants give all documents and video pertaining to this lawsuit
(4) Set a trial date

5/30/16
Date

Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-4-

(Last Revised: June 2013)

Bernard Carter #23637
WLCF
1805 W 32nd St.
Baldwin, Mich
49304

Legal
Mail

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, M.
49503





Legal
Mail