FILED - LN
June 27, 2016 12:16 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / SCANNED BY: /

United States of America
United States District Court
for The Western District of Michigan
Souther Division

Bernard Carter #23637
　　Plaintiff

Case no. 1:16-CV-667

V

Honorable Robert Holmes Bell

GEO Group, Inc., et. al
　　Defendants

I, Bernard Carter, is sending copies of the grievances that I wrote concerning my sexual harassment/PREA case. These exibits will show that I followed all steps concerning this issue.

Exibit #1 this is the first step which is a Informal Complaint/ Plan For Resolution Form. This was filed on 3-6-16. The response I recieved back is, The Problem is already under investigation. I moved to the next step.

Exibit #2 This is Grievance form #2, it was filed on 3-6-16, after I got the response back from ex.bit #1. I never recieved a response back from this.

Exibit #3 This is a Grience #5 that is to the Corrections Executive. This was filed on 3-16-16. I never recieve a response back, so then I went to the next step.

Exibit #4 This is the last step. This goes to the Commisioner of Corrections which is the last step before filing to court. This was filed on 5/23/16. I never heard anything back, so then I filed in court.

These Exibits show that I exhausted all remedies before file. Therefore I pray that the court will grant my Mo sapx and let me processed. I pray that the court will take Surisdation of this case.

Thank You For Your Time,
Bernard Carter #23637

Bernard Carter #236137
North Lake Correctional Facility
1805 N 32nd St.
Baldwin, MI
49304

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan
48933

Hasler
06/24/2016
US POSTAGE $000.67⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119

48933$1527 C002