Exibit (1)

**VT DOC GRIEVANCE FORM #1**

## INFORMAL COMPLAINT & PLAN FOR RESOLUTION FORM

Facility: NLLF

Field Office: O&C

Offender/Inmate Name: Bernard Carter
(print name)

DOB: 12/16/65

Issue/Complaint:
On about Aug 2015 I have been placed in a situation w/ a nurse that has talked about sexual things as well as wanting me to expose myself to, she has had me rub the inside of her thighs where I have felt uncomfortable but scard to say anything in fear of getting retaliated by her staff. It is giving me axinty and paranoido thoughts, and about hurting myself. She has been suscepted of this for a long time.

Proposed Solution:
that either I get moved out of this facility or that she gets move off the scca 6 poss. S/o.

Received by: K Bouck [signature]
Correctional Staff (Printed Name & Signature)

Date: 3·6·16 Time: 1600

Plan for Resolution: The problem is already under investigation.

Responding Staff: K Bouck [signature]
Correctional Staff (Printed Name & Signature)

Date: 3·6·16 Time: 1740

I agree to the Plan for Resolution: Yes ☒ No ☐

Offender/Inmate Signature: [signature]

Date: 3-6-11 Time: 6:00 pm

I agree to the Plan for Resolution: Yes ☐ No ☒

Cc: 2 copies Offender/Inmate, 1 copy Grievance Coordinator after data entry to Offender/Inmate Core File,
11.06

Exhibit #2

*VT DOC GRIEVANCE FORM #2* (page 1)

## OFFENDER/INMATE GRIEVANCE SUBMISSION FORM

Facility: NECC                           Field Office: CO 5

Offender/Inmate Name: Bernard Carter                      DOB: 12/1/69

Date Grievance Submitted: 3/5/16

Living Unit: C

Did you file an informal complaint about this issue? Yes ☑   No ☐

If so, with whom? _____                What date? 5/5/16

The *Informal Complaint/Plan for Resolution Form (Grievance Form #1)* is attached: Yes ☑

State your grievance, including the names of any witnesses (who, what, when, where):

Have been feeling sexual pressured by a nurse Bolaovy since about 5-5-16. She would talk sexual things that she would want done to her. Show me her belly, had me expose myself to her, and had me rub the inside of her thighs. I have been mental distressed over this. They have thought she has been doing this for awhile. I feel mental if I stay any longer my mental health will diminish.

What do you think the outcome of this grievance should be and why?

That either she gets moved or I get moved to another facility. I do no feel safe with her here, even if they put me in seg. Seeing she is the Head Nurse and can make any thing happen. I would like something done as soon as possible.

Staff Person receiving this grievance: _____
*(Printed Name & Signature)*

Date received: 3·6·16

*Rev. 11.06*                                                              (over)

Exhibit #3

Doe 4/14/14

**VT DOC GRIEVANCE FORM #5**

## DECISION APPEAL TO CORRECTIONS EXECUTIVE

This form may be used to file an appeal of a grievance decision to the appropriate Corrections Executive. Please check the title of the one Executive to whom you are appealing below:

☑ Facilities Executive                    ☑ Director Health Services

☐ Field Services Executive              ☐ Program Services Executive

☐ Community & Restorative Justice Executive    ☐ Director of Classification

Attach all previous DOC decisions and any other documentation. State briefly why you are not satisfied with the Superintendent/District Manager/OOS Supplemental Housing Manager's response to your grievance which was dated: 3/1/6/16

I filed a informal complaint 3-6-16 about being sexually harressed by a nurse for about 8 months, where she would tell me sexuall things and have me expose myself to her. I fear for retaliation even though I om in seg. about the fact, about not getting the proper mental health counselor, it is making very anxiety and paranoid. my response back is that it is under investigation, that was on 3-6-16. I put grievance 2 in #NL-03-053-16 stating the same thing, except that I feel for my own mental health that either she gets removed from the facility or that I do. this women victomized me for months. And I feel that not only should this be a facility issue it should also be a State Police issue. They have camera shots of some of the things that I say

(Use back if necessary.)

_Signature_                           Bernard Carter   12-16-69
Signature of Offender/Inmate         Print Name & DOB

Facility: NLCF                       Field Office: 000

Date Appeal Submitted: 3/16/16

Mail to: Department Hearings Administrator, 103 South Main Street, Waterbury, Vermont 05671-1001

Cc: Offender/Inmate, Hearings Administrator

11.06

Ex.b.t #4

**VT DOC GRIEVANCE FORM #7**

## DECISION APPEAL TO COMMISSIONER

Facility: North Lake Corr. Fac.          Field Office: 005

This form may be used to file an **appeal of** a Department Executive's grievance decision to the Commissioner of Corrections. **Attach all** previous DOC decisions and any other documentation.

State briefly why you are not satisfied with the response to your grievance appeal from the Corrections Executive which was dated: 3/16/16 .

I never got a response back from the exective. I put a grievance in because I had been getting sexually harassed by a staff member at NLCF. This went on for almost 8 months. The reason I didn't say nothing before, was I didn't want to go to seg. In the course of the investigation she, the staff member, was fired. The hard evidence of this though cameras at this facely. I told her to stop months ago, but she didn't. They say that it was consenual acts, but she knew better, plus there is no such thing as consenval. I feel that I should be transfered back to Vermont. At least till this is over with, because there possible could be some court action.

Signature of offender/inmate          Print name & DOB: Bernard Carter  12-16-6?

Date appeal submitted: 5/23/16

Mail to the appropriate Corrections Executive at: 103 South Main Street, Waterbury, Vermont 05671-1001
Mail a copy to: Department Hearings Administrator, 103 South Main Street, Waterbury, Vermont 05671-1001

*Cc: Offender/Inmate, Offender/Inmate Core File, Grievance Coordinator*

*11.06*