FILED - LN
July 5, 2016 11:59 AM
CLERK OF COURT
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __jlg__ /____ SCANNED BY __jlg__ / 7/5/16

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

___Bernard Carter #23637___
Plaintiff

v.

___GEO Group, Inc., et al,___
Defendant(s)

AUTHORIZATION FOR WITHDRAWAL OF FUNDS
TO PAY THE CIVIL ACTION FILING FEE and
AFFIDAVIT OF INDIGENCE IN SUPPORT OF
REQUEST TO PROCEED *IN FORMA PAUPERIS*

**1:16-cv-667**

Robert Holmes Bell, US District Judge
Phillip J. Green, US Magistrate Judge

I, ___Bernard Carter___, am the plaintiff entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress. I declare that the responses which I have made below are true. I further understand that even if I am granted leave to proceed *in forma pauperis*, **I am liable** for payment of the full amount of the $350.00 civil action filing fee, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed?   Yes ☐  No ☑

    a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

       ___Feb. 2016___

    b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession, or form of self-employment?           Yes ☐  No ☑
    b. Rent payments, interest, or dividends?                       Yes ☐  No ☑
    c. Pensions, annuities, or life insurance payments?             Yes ☐  No ☑
    d. Gifts or inheritances?                                       Yes ☐  No ☑
    e. Any other sources?                                           Yes ☐  No ☑

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash or do you have money in a checking or savings account?   Yes ☐  No ☑
   (Include any funds in prison accounts)

    If your answer is yes, state the total value owned.

(Last Revised: June 2013)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☑

   If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

   *none*

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

6/12/16
Date

*[signature]*
Signature of Plaintiff

---

**CERTIFICATE**

I certify that the plaintiff herein has had deposits of __1600.27__ and withdrawals of __1595.35__ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is __3.70__.

I further certify that plaintiff has the following securities to his credit according to the records of this institution:

*NONE*

JEM16
**Authorized Financial Officer**

NORTH LAKE CORRECTION
**Name of Institution**

6-10-16
**Date**

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

United States of America
United States District Court
for the Western District of Michigan
Southern Division

Bernard Carter #23637
      Plaintiff

V.                                               Case No. 1:16-CV-667

GEO Group, Inc., et al.                          Honorable Robert Holmes Bell
      Defendants

Affidavit Accompying Motion for Permission to Appeal in Forma Pauperis

Affidavit in Support Motion

I swear or Affirm under Penalty of perjury, that, because of my poverty, I cannot prepay the docket fees of my civil suit against GEO Group, Inc. et.al. for being sexual harassed by a nurse of the North Fork Corr. Fac. I believe I am entitled to redress, I swear under penalty of perjury under United States laws that my answers are true and correct. I do not have a job and what money that comes on my account is from family and friends. (28 U.S.C. 1746) 18 U.S.C. 1621. As well is enclosed is the last 6 months of my account. I pray that the correct will grant this appeal so that I can proced in forma Pauperis. I feel that my case has merits and the court should let it proceed.

                                            Bernard Carter #23637
                                            Bernard Carter #23637
                                            dated at North Lake Corr. Fac. 6/12/16

Bernard Carter #236677
Fish Lake Corr. Facility
1705 W 32nd St.
Baldwin, Mich.
49304

Legal
Mail

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan St.
Lansing, Mich.
48933.

Hasler
07/01/2016
US POSTAGE $001.57⁰
FIRST-CLASS MAIL
ZIP 49304
011D11651119