## Resident Transaction Details

Transactions From 12/1/2015 12:00 AM to 5/23/2016 11:59 PM

### 23637 : CARTER, BERNARD
Z2 1 6204

| | Main Balance: | $3.70 |
|---|---|---|

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 53351 | 5/16/2016 | BillPay | | | PAYMENT FOR TRANS 53350 | -$4.00 | $3.70 |
| 53350 | 5/16/2016 | Bill | $4.00 | $4.00 | JPAY media transfer : Commissary Transfer to Jpay | | $3.70 |
| 53283 | 5/16/2016 | BillPay | | | PAYMENT FOR TRANS 53282 | -$21.23 | $7.70 |
| 53282 | 5/16/2016 | Bill | $21.23 | $21.23 | Commissary : COMMISSARY 5/16/2016 REF:874 | | $7.70 |
| 53124 | 5/14/2016 | CredPay | | | PAYMENT FOR TRANS 53123 | $25.00 | $28.93 |
| 53123 | 5/14/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay IVR Credit Card Deposit 58851063 on 5/14/2016. From RUTH CARTER | | $3.93 |
| 52959 | 5/12/2016 | BillPay | | | PAYMENT FOR TRANS 52958 | -$18.20 | $3.93 |
| 52958 | 5/12/2016 | Bill | $18.20 | $18.20 | Commissary : COMMISSARY 5/12/2016 REF:866 | | $3.93 |
| 52815 | 5/11/2016 | BillPay | | | PAYMENT FOR TRANS 52814 | -$5.00 | $22.13 |
| 52814 | 5/11/2016 | Bill | $5.00 | $5.00 | JPAY media transfer : Commissary Transfer to Jpay | | $22.13 |
| 52630 | 5/9/2016 | CredPay | | | PAYMENT FOR TRANS 52629 | $25.00 | $27.13 |
| 52629 | 5/9/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 58644946 on 5/9/2016. From MOLLIE GONZALEZ | | $2.13 |
| 52516 | 5/9/2016 | BillPay | | | PAYMENT FOR TRANS 52515 | -$16.82 | $2.13 |
| 52515 | 5/9/2016 | Bill | $16.82 | $16.82 | Commissary : COMMISSARY 5/9/2016 REF:853 | | $2.13 |

# 23637 : CARTER, BERNARD

Z2 1 6204

Main Balance: $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 52321 | 5/6/2016 | CredPay | | | PAYMENT FOR TRANS 52320 | $4.40 | $18.95 |
| 52320 | 5/6/2016 | Credit | $4.40 | $4.40 | Commissary : COMMISSARY CREDIT 5/6/2016 REF:850 | | $14.55 |
| 52089 | 5/5/2016 | BillPay | | | PAYMENT FOR TRANS 52088 | -$16.08 | $14.55 |
| 52088 | 5/5/2016 | Bill | $16.08 | $16.08 | Commissary : COMMISSARY 5/5/2016 REF:842 | | $14.55 |
| 51823 | 5/4/2016 | CredPay | | | PAYMENT FOR TRANS 51822 | $25.00 | $30.63 |
| 51822 | 5/4/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay IVR Credit Card Deposit 58481280 on 5/4/2016. From RUTH CARTER | | $5.63 |
| 50895 | 4/29/2016 | BillPay | | | PAYMENT FOR TRANS 50894 | -$8.00 | $5.63 |
| 50894 | 4/29/2016 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary Transfer to Jpay | | $5.63 |
| 50790 | 4/28/2016 | BillPay | | | PAYMENT FOR TRANS 50789 | -$12.35 | $13.63 |
| 50789 | 4/28/2016 | Bill | $12.35 | $12.35 | Commissary : COMMISSARY 4/28/2016 REF:823 | | $13.63 |
| 50597 | 4/27/2016 | BillPay | | | PAYMENT FOR TRANS 50596 | -$25.00 | $25.98 |
| 50596 | 4/27/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 4/27/2016 REF:821 | | $25.98 |
| 50579 | 4/26/2016 | CredPay | | | PAYMENT FOR TRANS 50578 | $50.00 | $50.98 |
| 50578 | 4/26/2016 | Credit | $50.00 | $50.00 | JPay Deposits : JPay IVR Credit Card Deposit 58126787 on 4/26/2016. From RUTH CARTER | | $0.98 |
| 50012 | 4/21/2016 | BillPay | | | PAYMENT FOR TRANS 50011 | -$5.28 | $0.98 |
| 50011 | 4/21/2016 | Bill | $5.28 | $5.28 | Commissary : COMMISSARY 4/21/2016 REF:807 | | $0.98 |
| 49565 | 4/19/2016 | BillPay | | | PAYMENT FOR TRANS 49564 | -$10.00 | $6.26 |
| 49564 | 4/19/2016 | Bill | $10.00 | $10.00 | JPAY media transfer : Commissary Transfer to Jpay | | $6.26 |

## 23637 : CARTER, BERNARD
### Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 49169 | 4/19/2016 | BillPay | | | PAYMENT FOR TRANS 49168 | -$15.00 | $16.26 |
| 49168 | 4/19/2016 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 4/19/2016 REF:797 | | $16.26 |
| 48845 | 4/15/2016 | BillPay | | | PAYMENT FOR TRANS 48844 | -$10.00 | $31.26 |
| 48844 | 4/15/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 4/15/2016 REF:789 | | $31.26 |
| 48787 | 4/14/2016 | BillPay | | | PAYMENT FOR TRANS 48786 | -$25.00 | $41.26 |
| 48786 | 4/14/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 4/14/2016 REF:787 | | $41.26 |
| 48765 | 4/14/2016 | BillPay | | | PAYMENT FOR TRANS 48764 | -$10.65 | $66.26 |
| 48764 | 4/14/2016 | Bill | $10.65 | $10.65 | Commissary : COMMISSARY 4/14/2016 REF:786 | | $66.26 |
| 48605 | 4/13/2016 | CredPay | | | PAYMENT FOR TRANS 48604 | $50.00 | $76.91 |
| 48604 | 4/13/2016 | Credit | $50.00 | $50.00 | JPay Deposits : JPay IVR Credit Card Deposit 57696798 on 4/13/2016. From RUTH CARTER | | $26.91 |
| 48595 | 4/13/2016 | CredPay | | | PAYMENT FOR TRANS 48594 | $25.00 | $26.91 |
| 48594 | 4/13/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 57676003 on 4/13/2016. From MOLLIE GONZALEZ | | $1.91 |
| 48438 | 4/12/2016 | BillPay | | | PAYMENT FOR TRANS 48437 | -$10.00 | $1.91 |
| 48437 | 4/12/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 4/12/2016 REF:774 | | $1.91 |
| 48073 | 4/11/2016 | BillPay | | | PAYMENT FOR TRANS 48072 | -$3.82 | $11.91 |
| 48072 | 4/11/2016 | Bill | $3.82 | $3.82 | Commissary : COMMISSARY 4/11/2016 REF:767 | | $11.91 |
| 46757 | 4/8/2016 | BillPay | | | PAYMENT FOR TRANS 46756 | -$5.00 | $15.73 |
| 46756 | 4/8/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 4/8/2016 REF:763 | | $15.73 |

## 23637 : CARTER, BERNARD
### Z2 1 6204

Main Balance:     $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 46292 | 4/6/2016 | BillPay | | | PAYMENT FOR TRANS 46291 | -$15.00 | $20.73 |
| 46291 | 4/6/2016 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 4/6/2016 REF:755 | | $20.73 |
| 45617 | 4/4/2016 | BillPay | | | PAYMENT FOR TRANS 45616 | -$20.00 | $35.73 |
| 45616 | 4/4/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 4/4/2016 REF:747 | | $35.73 |
| 45381 | 4/2/2016 | CredPay | | | PAYMENT FOR TRANS 45380 | $30.00 | $55.73 |
| 45380 | 4/2/2016 | Credit | $30.00 | $30.00 | JPay Deposits : JPay IVR Credit Card Deposit 57277613 on 4/2/2016. From RUTH CARTER | | $25.73 |
| 45357 | 4/1/2016 | CredPay | | | PAYMENT FOR TRANS 45356 | $25.00 | $25.73 |
| 45356 | 4/1/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 57186908 on 4/1/2016. From MOLLIE GONZALEZ | | $0.73 |
| 45204 | 3/31/2016 | BillPay | | | PAYMENT FOR TRANS 45203 | -$10.00 | $0.73 |
| 45203 | 3/31/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/31/2016 REF:739 | | $0.73 |
| 44963 | 3/30/2016 | BillPay | | | PAYMENT FOR TRANS 44962 | -$5.00 | $10.73 |
| 44962 | 3/30/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 3/30/2016 REF:736 | | $10.73 |
| 44819 | 3/28/2016 | BillPay | | | PAYMENT FOR TRANS 44818 | -$8.00 | $15.73 |
| 44818 | 3/28/2016 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary Transfer to Jpay | | $15.73 |
| 44720 | 3/28/2016 | BillPay | | | PAYMENT FOR TRANS 44719 | -$10.00 | $23.73 |
| 44719 | 3/28/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/28/2016 REF:731 | | $23.73 |
| 44388 | 3/24/2016 | BillPay | | | PAYMENT FOR TRANS 44387 | -$25.00 | $33.73 |
| 44387 | 3/24/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 3/24/2016 REF:724 | | $33.73 |

## 23637 : CARTER, BERNARD

### Z2 1 6204

Main Balance: $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 44371 | 3/24/2016 | BillPay | | | PAYMENT FOR TRANS 44370 | -$6.27 | $58.73 |
| 44370 | 3/24/2016 | Bill | $6.27 | $6.27 | Commissary : COMMISSARY 3/24/2016 REF:722 | | $58.73 |
| 44203 | 3/23/2016 | CredPay | | | PAYMENT FOR TRANS 44202 | $35.00 | $65.00 |
| 44202 | 3/23/2016 | Credit | $35.00 | $35.00 | JPay Deposits : JPay IVR Credit Card Deposit 56892481 on 3/23/2016. From RUTH CARTER | | $30.00 |
| 44199 | 3/23/2016 | CredPay | | | PAYMENT FOR TRANS 44198 | $25.00 | $30.00 |
| 44198 | 3/23/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 56890984 on 3/23/2016. From MOLLIE GONZALEZ | | $5.00 |
| 43466 | 3/18/2016 | BillPay | | | PAYMENT FOR TRANS 43465 | -$25.00 | $5.00 |
| 43465 | 3/18/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 3/18/2016 REF:710 | | $5.00 |
| 43438 | 3/17/2016 | CredPay | | | PAYMENT FOR TRANS 43437 | $25.00 | $30.00 |
| 43437 | 3/17/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 56657967 on 3/17/2016. From MOLLIE GONZALEZ | | $5.00 |
| 42842 | 3/16/2016 | BillPay | | | PAYMENT FOR TRANS 42841 | -$10.00 | $5.00 |
| 42841 | 3/16/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/16/2016 REF:705 | | $5.00 |
| 42610 | 3/14/2016 | BillPay | | | PAYMENT FOR TRANS 42609 | -$20.00 | $15.00 |
| 42609 | 3/14/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 3/14/2016 REF:695 | | $15.00 |
| 42596 | 3/14/2016 | BillPay | | | PAYMENT FOR TRANS 42595 | -$3.82 | $35.00 |
| 42595 | 3/14/2016 | Bill | $3.82 | $3.82 | Commissary : COMMISSARY 3/14/2016 REF:694 | | $35.00 |
| 42420 | 3/13/2016 | CredPay | | | PAYMENT FOR TRANS 42419 | $35.00 | $38.82 |
| 42419 | 3/13/2016 | Credit | $35.00 | $35.00 | JPay Deposits : JPay IVR Credit Card Deposit 56525521 | | $3.82 |

## 23637 : CARTER, BERNARD
### Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 42307 | 3/11/2016 | BillPay | | | on 3/13/2016. From RUTH CARTER PAYMENT FOR TRANS 42306 | -$5.00 | $3.82 |
| 42306 | 3/11/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 3/11/2016 REF:689 | | $3.82 |
| 42226 | 3/10/2016 | BillPay | | | PAYMENT FOR TRANS 42225 | -$20.00 | $8.82 |
| 42225 | 3/10/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 3/10/2016 REF:686 | | $8.82 |
| 42033 | 3/9/2016 | CredPay | | | PAYMENT FOR TRANS 42032 | $25.00 | $28.82 |
| 42032 | 3/9/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 56371362 on 3/9/2016. From MOLLIE GONZALEZ | | $3.82 |
| 41916 | 3/9/2016 | BillPay | | | PAYMENT FOR TRANS 41915 | -$5.00 | $3.82 |
| 41915 | 3/9/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 3/9/2016 REF:684 | | $3.82 |
| 41584 | 3/7/2016 | BillPay | | | PAYMENT FOR TRANS 41583 | -$5.00 | $8.82 |
| 41583 | 3/7/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 3/7/2016 REF:679 | | $8.82 |
| 41566 | 3/7/2016 | BillPay | | | PAYMENT FOR TRANS 41565 | -$3.82 | $13.82 |
| 41565 | 3/7/2016 | Bill | $3.82 | $3.82 | Commissary : COMMISSARY 3/7/2016 REF:678 | | $13.82 |
| 41203 | 3/4/2016 | BillPay | | | PAYMENT FOR TRANS 41202 | -$10.00 | $17.64 |
| 41202 | 3/4/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/4/2016 REF:674 | | $17.64 |
| 41076 | 3/3/2016 | BillPay | | | PAYMENT FOR TRANS 41075 | -$10.00 | $27.64 |
| 41075 | 3/3/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/3/2016 REF:672 | | $27.64 |
| 41060 | 3/3/2016 | BillPay | | | PAYMENT FOR TRANS 41059 | -$1.97 | $37.64 |
| 41059 | 3/3/2016 | Bill | $1.97 | $1.97 | Commissary : COMMISSARY 3/3/2016 REF:671 | | $37.64 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 40733 | 3/2/2016 | BillPay | | | PAYMENT FOR TRANS 40732 | -$6.00 | $39.61 |
| 40732 | 3/2/2016 | Bill | $6.00 | $6.00 | JPAY media transfer : Commissary Transfer to Jpay | | $39.61 |
| 40406 | 3/2/2016 | CredPay | | | PAYMENT FOR TRANS 40405 | $28.00 | $45.61 |
| 40405 | 3/2/2016 | Payroll | $28.00 | $28.00 | Payroll Fund : Rec Janitor (Rec Janitor level 1) worked between 2/16/2016 and 2/29/2016 | | $17.61 |
| 40246 | 2/29/2016 | BillPay | | | PAYMENT FOR TRANS 40245 | -$15.00 | $17.61 |
| 40245 | 2/29/2016 | Bill | $15.00 | $15.00 | JPAY media transfer : Commissary Transfer to Jpay | | $17.61 |
| 40156 | 2/29/2016 | BillPay | | | PAYMENT FOR TRANS 40155 | -$20.00 | $32.61 |
| 40155 | 2/29/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 2/29/2016 REF:659 | | $32.61 |
| 40028 | 2/29/2016 | BillPay | | | PAYMENT FOR TRANS 40027 | -$23.47 | $52.61 |
| 40027 | 2/29/2016 | Bill | $23.47 | $23.47 | Commissary : COMMISSARY 2/29/2016 REF:658 | | $52.61 |
| 39969 | 2/26/2016 | CredPay | | | PAYMENT FOR TRANS 39968 | $75.00 | $76.08 |
| 39968 | 2/26/2016 | Credit | $75.00 | $75.00 | JPay Deposits : JPay IVR Credit Card Deposit 55851090 on 2/26/2016. From RUTH CARTER | | $1.08 |
| 39865 | 2/25/2016 | CredPay | | | PAYMENT FOR TRANS 39864 | $1.00 | $1.08 |
| 39864 | 2/25/2016 | Credit | $1.00 | $1.00 | JPay Deposits : JPay IVR Credit Card Deposit 55827584 on 2/25/2016. From RUTH CARTER | | $0.08 |
| 39666 | 2/25/2016 | BillPay | | | PAYMENT FOR TRANS 39665 | -$3.40 | $0.08 |
| 39665 | 2/25/2016 | Bill | $3.40 | $3.40 | Commissary : COMMISSARY 2/25/2016 REF:651 | | $0.08 |
| 39140 | 2/22/2016 | BillPay | | | PAYMENT FOR TRANS 39139 | -$10.47 | $3.48 |
| 39139 | 2/22/2016 | Bill | $10.47 | $10.47 | Commissary : COMMISSARY 2/22/2016 REF:634 | | $3.48 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

Main Balance: $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 38968 | 2/19/2016 | BillPay | | | PAYMENT FOR TRANS 38967 | -$20.00 | $13.95 |
| 38967 | 2/19/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 2/19/2016 REF:630 | | $13.95 |
| 38938 | 2/18/2016 | CredPay | | | PAYMENT FOR TRANS 38937 | $25.00 | $33.95 |
| 38937 | 2/18/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 55545263 on 2/18/2016. From MOLLIE GONZALEZ | | $8.95 |
| 38852 | 2/18/2016 | BillPay | | | PAYMENT FOR TRANS 38851 | -$10.00 | $8.95 |
| 38851 | 2/18/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 2/18/2016 REF:629 | | $8.95 |
| 38609 | 2/18/2016 | BillPay | | | PAYMENT FOR TRANS 38608 | -$26.32 | $18.95 |
| 38608 | 2/18/2016 | Bill | $26.32 | $26.32 | Commissary : COMMISSARY 2/18/2016 REF:627 | | $18.95 |
| 38279 | 2/17/2016 | CredPay | | | PAYMENT FOR TRANS 38278 | $30.00 | $45.27 |
| 38278 | 2/17/2016 | Payroll | $30.00 | $30.00 | Payroll Fund : Rec Janitor (Rec Janitor level 1) worked between 2/1/2016 and 2/15/2016 | | $15.27 |
| 38226 | 2/17/2016 | BillPay | | | PAYMENT FOR TRANS 38225 | -$15.00 | $15.27 |
| 38225 | 2/17/2016 | Bill | $15.00 | $15.00 | JPAY media transfer : Commissary transfer to Jpay | | $15.27 |
| 38129 | 2/16/2016 | BillPay | | | PAYMENT FOR TRANS 38128 | -$10.00 | $30.27 |
| 38128 | 2/16/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 2/16/2016 REF:624 | | $30.27 |
| 37822 | 2/14/2016 | CredPay | | | PAYMENT FOR TRANS 37821 | $35.00 | $40.27 |
| 37821 | 2/14/2016 | Credit | $35.00 | $35.00 | JPay Deposits : JPay IVR Credit Card Deposit 55404188 on 2/14/2016. From RUTH CARTER | | $5.27 |
| 37634 | 2/11/2016 | BillPay | | | PAYMENT FOR TRANS 37633 | -$20.00 | $5.27 |
| 37633 | 2/11/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 2/11/2016 REF:613 | | $5.27 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 37453 | 2/10/2016 | CredPay | | | PAYMENT FOR TRANS 37452 | $25.00 | $25.27 |
| 37452 | 2/10/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 55226984 on 2/10/2016. From MOLLIE GONZALEZ | | $0.27 |
| 37006 | 2/8/2016 | BillPay | | | PAYMENT FOR TRANS 37005 | -$14.51 | $0.27 |
| 37005 | 2/8/2016 | Bill | $14.51 | $14.51 | Commissary : COMMISSARY 2/8/2016 REF:595 | | $0.27 |
| 36889 | 2/5/2016 | CredPay | | | PAYMENT FOR TRANS 36888 | $4.77 | $14.78 |
| 36888 | 2/5/2016 | Credit | $4.77 | $4.77 | Commissary : COMMISSARY CREDIT 2/5/2016 REF:594 | | $10.01 |
| 36586 | 2/4/2016 | BillPay | | | PAYMENT FOR TRANS 36585 | -$20.00 | $10.01 |
| 36585 | 2/4/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 2/4/2016 REF:586 | | $10.01 |
| 36336 | 2/4/2016 | BillPay | | | PAYMENT FOR TRANS 36335 | -$97.02 | $30.01 |
| 36335 | 2/4/2016 | Bill | $97.02 | $97.02 | Commissary : COMMISSARY 2/4/2016 REF:585 | | $30.01 |
| 36192 | 2/3/2016 | BillPay | | | PAYMENT FOR TRANS 36191 | -$10.00 | $127.03 |
| 36191 | 2/3/2016 | Bill | $10.00 | $10.00 | JPAY media transfer : Commissary Transfer to Jpay | | $127.03 |
| 36049 | 2/2/2016 | CredPay | | | PAYMENT FOR TRANS 36048 | $75.00 | $137.03 |
| 36048 | 2/2/2016 | Credit | $75.00 | $75.00 | JPay Deposits : JPay IVR Credit Card Deposit 54878267 on 2/2/2016. From RUTH CARTER | | $62.03 |
| 35791 | 2/2/2016 | CredPay | | | PAYMENT FOR TRANS 35790 | $62.00 | $62.03 |
| 35790 | 2/2/2016 | Payroll | $62.00 | $62.00 | Payroll Fund : Rec Janitor (Rec Janitor level 1) worked between 1/1/2016 and 1/31/2016 | | $0.03 |
| 35728 | 2/2/2016 | BillPay | | | PAYMENT FOR TRANS 35727 | -$25.00 | $0.03 |
| 35727 | 2/2/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 2/2/2016 REF:582 | | $0.03 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 35678 | 2/1/2016 | CredPay | | | PAYMENT FOR TRANS 35677 | $25.00 | $25.03 |
| 35677 | 2/1/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 54817041 on 2/1/2016. From MOLLIE GONZALEZ | | $0.03 |
| 35311 | 1/28/2016 | BillPay | | | PAYMENT FOR TRANS 35310 | -$5.00 | $0.03 |
| 35310 | 1/28/2016 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 1/28/2016 REF:572 | | $0.03 |
| 34675 | 1/22/2016 | BillPay | | | PAYMENT FOR TRANS 34674 | -$20.00 | $5.03 |
| 34674 | 1/22/2016 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 1/22/2016 REF:558 | | $5.03 |
| 34662 | 1/21/2016 | CredPay | | | PAYMENT FOR TRANS 34661 | $25.00 | $25.03 |
| 34661 | 1/21/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 54456880 on 1/21/2016. From MOLLIE GONZALEZ | | $0.03 |
| 34499 | 1/21/2016 | BillPay | | | PAYMENT FOR TRANS 34498 | -$3.75 | $0.03 |
| 34498 | 1/21/2016 | Bill | $3.75 | $3.75 | Commissary : COMMISSARY 1/21/2016 REF:554 | | $0.03 |
| 34407 | 1/20/2016 | BillPay | | | PAYMENT FOR TRANS 34406 | -$10.00 | $3.78 |
| 34406 | 1/20/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 1/20/2016 REF:553 | | $3.78 |
| 34369 | 1/19/2016 | CredPay | | | PAYMENT FOR TRANS 34368 | $2.53 | $13.78 |
| 34368 | 1/19/2016 | Credit | $2.53 | $2.53 | Commissary : COMMISSARY CREDIT 1/19/2016 REF:552 | | $11.25 |
| 34015 | 1/18/2016 | BillPay | | | PAYMENT FOR TRANS 34014 | -$30.43 | $11.25 |
| 34014 | 1/18/2016 | Bill | $30.43 | $30.43 | Commissary : COMMISSARY 1/18/2016 REF:546 | | $11.25 |
| 33830 | 1/15/2016 | BillPay | | | PAYMENT FOR TRANS 33829 | -$30.00 | $41.68 |
| 33829 | 1/15/2016 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 1/15/2016 REF:540 | | $41.68 |

## 23637 : CARTER, BERNARD
### Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 33686 | 1/14/2016 | BillPay | | | PAYMENT FOR TRANS 33685 | -$7.73 | $71.68 |
| 33685 | 1/14/2016 | Bill | $7.73 | $7.73 | Commissary : COMMISSARY 1/14/2016 REF:539 | | $71.68 |
| 33642 | 1/13/2016 | CredPay | | | PAYMENT FOR TRANS 33641 | $25.00 | $79.41 |
| 33641 | 1/13/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 54192179 on 1/13/2016. From MOLLIE GONZALEZ | | $54.41 |
| 33610 | 1/13/2016 | BillPay | | | PAYMENT FOR TRANS 33609 | -$2.00 | $54.41 |
| 33609 | 1/13/2016 | Bill | $2.00 | $2.00 | JPAY media transfer : Commissary transfer to Jpay | | $54.41 |
| 33558 | 1/12/2016 | BillPay | | | PAYMENT FOR TRANS 33557 | -$10.00 | $56.41 |
| 33557 | 1/12/2016 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 1/12/2016 REF:536 | | $56.41 |
| 33519 | 1/12/2016 | BillPay | | | PAYMENT FOR TRANS 33518 | -$9.43 | $66.41 |
| 33518 | 1/12/2016 | Bill | $9.43 | $9.43 | Pizza Fund : Pompeii's Pizza Order | | $66.41 |
| 33461 | 1/11/2016 | CredPay | | | PAYMENT FOR TRANS 33460 | $50.00 | $75.84 |
| 33460 | 1/11/2016 | Credit | $50.00 | $50.00 | JPay Deposits : JPay IVR Credit Card Deposit 54149142 on 1/11/2016. From RUTH CARTER | | $25.84 |
| 32985 | 1/8/2016 | BillPay | | | PAYMENT FOR TRANS 32984 | -$70.00 | $25.84 |
| 32984 | 1/8/2016 | Bill | $70.00 | $70.00 | JPAY media transfer : Commissary Transfer to Jpay | | $25.84 |
| 32498 | 1/7/2016 | BillPay | | | PAYMENT FOR TRANS 32497 | -$8.55 | $95.84 |
| 32497 | 1/7/2016 | Bill | $8.55 | $8.55 | Commissary : COMMISSARY 1/7/2016 REF:517 | | $95.84 |
| 32434 | 1/6/2016 | CredPay | | | PAYMENT FOR TRANS 32433 | $75.00 | $104.39 |
| 32433 | 1/6/2016 | Credit | $75.00 | $75.00 | JPay Deposits : JPay IVR Credit Card Deposit 53954157 on 1/6/2016. From RUTH CARTER | | $29.39 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 32406 | 1/6/2016 | BillPay | | | PAYMENT FOR TRANS 32405 | -$8.00 | $29.39 |
| 32405 | 1/6/2016 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary transfer to Jpay | | $29.39 |
| 32301 | 1/6/2016 | BillPay | | | PAYMENT FOR TRANS 32300 | -$25.00 | $37.39 |
| 32300 | 1/6/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 1/6/2016 REF:516 | | $37.39 |
| 32021 | 1/5/2016 | CredPay | | | PAYMENT FOR TRANS 32020 | $62.00 | $62.39 |
| 32020 | 1/5/2016 | Payroll | $62.00 | $62.00 | Payroll Fund : Rec Janitor (Rec Janitor level 1) worked between 12/1/2015 and 12/31/2015 | | $0.39 |
| 31819 | 1/4/2016 | BillPay | | | PAYMENT FOR TRANS 31818 | -$25.00 | $0.39 |
| 31818 | 1/4/2016 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 1/4/2016 REF:509 | | $0.39 |
| 31608 | 1/2/2016 | CredPay | | | PAYMENT FOR TRANS 31607 | $25.00 | $25.39 |
| 31607 | 1/2/2016 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 53806329 on 1/2/2016. From MOLLIE GONZALEZ | | $0.39 |
| 31401 | 12/31/2015 | BillPay | | | PAYMENT FOR TRANS 31400 | -$43.20 | $0.39 |
| 31400 | 12/31/2015 | Bill | $43.20 | $43.20 | Commissary : COMMISSARY 12/31/2015 REF:502 | | $0.39 |
| 31310 | 12/30/2015 | BillPay | | | PAYMENT FOR TRANS 31309 | -$8.00 | $43.59 |
| 31309 | 12/30/2015 | Bill | $8.00 | $8.00 | JPAY media transfer : COMMISSARY TRANSFER TO JPAY | | $43.59 |
| 31276 | 12/30/2015 | BillPay | | | PAYMENT FOR TRANS 31275 | -$5.00 | $51.59 |
| 31275 | 12/30/2015 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 12/30/2015 REF:501 | | $51.59 |
| 31200 | 12/29/2015 | BillPay | | | PAYMENT FOR TRANS 31199 | -$20.00 | $56.59 |
| 31199 | 12/29/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/29/2015 REF:499 | | $56.59 |

# 23637 : CARTER, BERNARD

Z2 1 6204

Main Balance: $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 31152 | 12/28/2015 | CredPay | | | PAYMENT FOR TRANS 31151 | $75.00 | $76.59 |
| 31151 | 12/28/2015 | Credit | $75.00 | $75.00 | JPay Deposits : JPay IVR Credit Card Deposit 53609521 on 12/28/2015. From RUTH CARTER | | $1.59 |
| 31144 | 12/28/2015 | BillPay | | | PAYMENT FOR TRANS 31143 | -$2.00 | $1.59 |
| 31143 | 12/28/2015 | Bill | $2.00 | $2.00 | JPAY media transfer : Commissary Transfer to Jpay | | $1.59 |
| 30443 | 12/23/2015 | BillPay | | | PAYMENT FOR TRANS 30442 | -$20.00 | $3.59 |
| 30442 | 12/23/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/23/2015 REF:484 | | $3.59 |
| 30366 | 12/22/2015 | BillPay | | | PAYMENT FOR TRANS 30365 | -$20.00 | $23.59 |
| 30365 | 12/22/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/22/2015 REF:482 | | $23.59 |
| 30276 | 12/21/2015 | BillPay | | | PAYMENT FOR TRANS 30275 | -$8.00 | $43.59 |
| 30275 | 12/21/2015 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary transfer to Jpay | | $43.59 |
| 30216 | 12/21/2015 | BillPay | | | PAYMENT FOR TRANS 30215 | -$20.00 | $51.59 |
| 30215 | 12/21/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/21/2015 REF:480 | | $51.59 |
| 30039 | 12/21/2015 | BillPay | | | PAYMENT FOR TRANS 30038 | -$11.54 | $71.59 |
| 30038 | 12/21/2015 | Bill | $11.54 | $11.54 | Commissary : COMMISSARY 12/21/2015 REF:475 | | $71.59 |
| 29868 | 12/18/2015 | BillPay | | | PAYMENT FOR TRANS 29867 | -$20.00 | $83.13 |
| 29867 | 12/18/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/18/2015 REF:473 | | $83.13 |
| 29848 | 12/17/2015 | CredPay | | | PAYMENT FOR TRANS 29847 | $100.00 | $103.13 |
| 29847 | 12/17/2015 | Credit | $100.00 | $100.00 | JPay Deposits : JPay Internet Credit Card Deposit 53238789 on 12/17/2015. From LINDA PARENTEAU | | $3.13 |

# 23637 : CARTER, BERNARD

## Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 29623 | 12/17/2015 | BillPay | | | PAYMENT FOR TRANS 29622 | -$9.50 | $3.13 |
| 29622 | 12/17/2015 | Bill | $9.50 | $9.50 | Commissary : COMMISSARY 12/17/2015 REF:468 | | $3.13 |
| 29537 | 12/16/2015 | BillPay | | | PAYMENT FOR TRANS 29536 | -$2.00 | $12.63 |
| 29536 | 12/16/2015 | Bill | $2.00 | $2.00 | JPAY media transfer : Commissary Transfer to Jpay | | $12.63 |
| 29425 | 12/15/2015 | Check | | | Check 3299 Paid To: RAFAEL TRINIDAD MONEY FOR CHRISTMAS | -$125.00 | $14.63 |
| 29224 | 12/14/2015 | BillPay | | | PAYMENT FOR TRANS 29223 | -$20.00 | $139.63 |
| 29223 | 12/14/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/14/2015 REF:459 | | $139.63 |
| 29036 | 12/14/2015 | BillPay | | | PAYMENT FOR TRANS 29035 | -$14.26 | $159.63 |
| 29035 | 12/14/2015 | Bill | $14.26 | $14.26 | Commissary : COMMISSARY 12/14/2015 REF:456 | | $159.63 |
| 28891 | 12/11/2015 | BillPay | | | PAYMENT FOR TRANS 28890 | -$8.00 | $173.89 |
| 28890 | 12/11/2015 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary trasfer to Jpay | | $173.89 |
| 28565 | 12/10/2015 | BillPay | | | PAYMENT FOR TRANS 28564 | -$11.85 | $181.89 |
| 28564 | 12/10/2015 | Bill | $11.85 | $11.85 | Commissary : COMMISSARY 12/10/2015 REF:447 | | $181.89 |
| 28503 | 12/9/2015 | CredPay | | | PAYMENT FOR TRANS 28502 | $25.00 | $193.74 |
| 28502 | 12/9/2015 | Credit | $25.00 | $25.00 | JPay Deposits : JPay Internet Credit Card Deposit 52923438 on 12/9/2015. From MOLLIE GONZALEZ | | $168.74 |
| 28459 | 12/9/2015 | BillPay | | | PAYMENT FOR TRANS 28458 | -$20.00 | $168.74 |
| 28458 | 12/9/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/9/2015 REF:446 | | $168.74 |
| 28300 | 12/8/2015 | BillPay | | | PAYMENT FOR TRANS 28299 | -$7.04 | $188.74 |

## 23637 : CARTER, BERNARD
### Z2 1 6204

**Main Balance:** $3.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 28299 | 12/8/2015 | Bill | $7.04 | $7.04 | Commissary : COMMISSARY 12/8/2015 REF:440 | | $188.74 |
| 27928 | 12/7/2015 | BillPay | | | PAYMENT FOR TRANS 27927 | -$24.04 | $195.78 |
| 27927 | 12/7/2015 | Bill | $24.04 | $24.04 | Commissary : COMMISSARY 12/7/2015 REF:437 | | $195.78 |
| 27636 | 12/4/2015 | BillPay | | | PAYMENT FOR TRANS 27635 | -$20.00 | $219.82 |
| 27635 | 12/4/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/4/2015 REF:434 | | $219.82 |
| 27215 | 12/3/2015 | BillPay | | | PAYMENT FOR TRANS 27214 | -$92.83 | $239.82 |
| 27214 | 12/3/2015 | Bill | $92.83 | $92.83 | Commissary : COMMISSARY 12/3/2015 REF:429 | | $239.82 |
| 27131 | 12/2/2015 | BillPay | | | PAYMENT FOR TRANS 27130 | -$8.00 | $332.65 |
| 27130 | 12/2/2015 | Bill | $8.00 | $8.00 | JPAY media transfer : Commissary transfer to Jpay | | $332.65 |
| 26860 | 12/2/2015 | CredPay | | | PAYMENT FOR TRANS 26859 | $60.00 | $340.65 |
| 26859 | 12/2/2015 | Payroll | $60.00 | $60.00 | Payroll Fund : Rec Janitor (Rec Janitor level 1) worked between 11/1/2015 and 11/30/2015 | | $280.65 |
| 26704 | 12/1/2015 | BillPay | | | PAYMENT FOR TRANS 26703 | -$20.00 | $280.65 |
| 26703 | 12/1/2015 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 12/1/2015 REF:425 | | $280.65 |