To: The Court Clerk,

I recieved this back on the 30th of June. Could you please inform the Judge that it is not my fault that it is past the date. I can't sure if this facility was holding it or what. So I am sending back out on the the 30th it will be in the mail. I also sending the envelope that which it came back. So please let the judge know. Thank You for your time.

Bernard Carter #23637

Bernard Carter #236377
WLCF
1805 W 32nd St.
Baldwin, Mich
49304

Office of The Clerk
United States District Court
113 Federal Building
315 West Allegan St.
Lansing, Mich.
48933

FIAT TO FILE

REFUSED

48933$1527 C002