FILED - LN
August 24, 2016 10:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __ilg_ / _____   SCANNED BY ﾊｷ /8/24/16

To: The Court Clerk,

I have a case pending in your court, Civil division. Docket number 1:16-cv-667. I had 30 days to come up with a percentage of the filing fee. I have tried to come up with it, and I couldn't get it. So I would ask the court to either let me proceed with out paying the Filing fee or to dismiss it with out prejudice. So please get back with me as soon as possible.

Thank you for your time,
Bernard Carter #23637

Bernard Carter #236357
North Lake Corr. Fac. (NLCF)
1805 W 32nd St
Baldwin, Mich.

Screened By
USMS

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, michigan
48933

Hasler
08/22/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119

4893331527 C002