**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in support of justice*

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 314 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 13, 2016

Bernard Carter #23637
North Lake Correctional Facility
1805 W 32nd St.
Baldwin, MI 49304

    Re: RESPONSE FROM CLERK - Case Number: 1:16-cv-667

Dear Mr. Carter:

The Clerk's Office received your letter October 13, 2016, inquiring about the status of your request to dismiss you case because you are unable to pay the filing fee.  That request was filed on August 24, 2016, and is still pending before the Court.  Once a decision is made, a copy of the order will be mailed to you.

    Sincerely,

    CLERK OF COURT

    /s/ Jodi

    By:  Deputy Clerk