FILED - LN
October 13, 2016 11:34 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY pjw / SCANNED BY /q /10/13/16

10/90/16

Court Clerk,

I have a case, # 1:16-cv-667, I filed in your court. It is a civil matter. A couple months ago I wrote to the court clerk, stating that I would like to dismiss it because I can not pay the filing fee. I have not heard back and I would like to know the statues of it. The case is as followed: Bernard Carter # 23637 v GEO Group, Inc., et.al, and the docket number is above. So, if you would please get back with me as soon as possible.

Thank You For Your Time,
Bernard Carter # 23637

Bernard Cortes #286037
North Lake Corr. Fac.
1805 N 32nd St
Baldwin, MI
49304

Legal Mail

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan
48933

Legal Mail

Hasler
10/11/2016
US POSTAGE $000.46
FIRST-CLASS MAIL
ZIP 49304
011D11651119

48933$1527 C002

THIS MAIL IS COMING FROM A CORRECTIONAL FACILITY

Case 1:16-cv-00667-RHB-PJG   ECF No. 9 filed 10/13/16   PageID.53   Page 3 of 3