**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in support of justice*

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 314 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 14, 2016

Bernard Carter #23637
North Lake Correctional Facility
1805 W 32nd St.
Baldwin, MI 49304

  Re: RESPONSE FROM CLERK - Case Number: 1:16-cv-667

Dear Carter:

The Clerk's Office is in receipt of your letter dated October 10, 2016, requesting the status of your motion to dismiss. The motion was filed August 24, 2016 and is still pending and being reviewed by the judge. You will receive a copy of the ruling order once it's entered.

Enclosed is a courtesy copy of the docket sheet for your reference.

        Sincerely,

        CLERK OF COURT

        /s/pjw

        By:  Deputy Clerk