UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

BERNARD CARTER,

        Plaintiff,                    Case No. 1:16-cv-667

v.                                        Honorable Robert Holmes Bell

THE GEO GROUP, Inc.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants GEO, Cherry, Naidow and North Lake Correctional Facility Medical Department be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED the Clerk shall issue summons and forward it to the U.S. Marshals Service for service pursuant to 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Defendant shall file an appearance of counsel (Defendant may appear *pro se* if she does not have counsel) within 21 days of service.  Until so ordered by the Court, Defendant is not required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so.  *See* 42 U.S.C. § 1997e(g)(1).  After Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

IT IS SO ORDERED.

Dated: October 18, 2016                        /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE