Case 1:16-cv-00667-RHB-PJG   ECF No. 13 filed 10/31/16   PageID.66   Page 1 of 4

FILED - LN
October 31, 2016 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY dpw / SCANNED BY /tg 11/1/16

(1)

United States of America
United States District Court
For the Western District of Michigan
Southern Division

Bernard Carter,
    Plaintiff

Case No. 1:16-CV-667

Honorable Robert Holmes Bell

GEO Group Inc, et al
    Defendants

Motion to reconsider the opinion on the dismissal of GEO, warden Cherry, chief Maidow and the medical department

Now comes Bernard Carter, Pro Se, requesting that the Judge will reconsider the dismissal against GEO Groups, warden Ralph Cherry, chief of security Maidow, and the North Lake Corr. medical departments.

(1) GEO Group: they are responsible because they are suppose to be over seeing all of there employes. In this case if the supervision of this staff member then should not been harassing me for 8 month. So she keep victimizing me for months.

(2) Warden Cherry: is more responsibly, because he was actually the one that was at the facility and very rarely did you see him. If he would have been out checking his staff this could have been prevented with his lack of not doing nothing. Let to keep going.

Bernard Carter, Pro Se
10/16/2016

③ Chief of security Meadow, has played a big part in of this investigation which lead me being put in seg and defendant Belahkov being terminated. Defendant Belahovy wrote a report stating that we were never there and to check them. Of course she did but didn't tell me. Nothere less that was not true. She checked the cameras but didn't, didn't tell me what out cells on them as well. She wrote the report I believe is because she wanted to get me locked up. Once it was in investigate they found that it was something, but Meadow didn't want to hear nothing I said. It wasn't till I see the pres Staff and they told me that every thing that I Said was accurate. These are the reason why this shouldn't next investigater. Then when I am in seg I ask when I was getting he out always so never. For these reason I feel that it should be reversed. The people, staff are the ones to get me out of seg, otherwise I wasn't. His case should be brought back up.

Plaintiff apozizes for not giving my statement on this, the medical Department, which I didn't not revercing to them all just some. Dr. Yarger is the supervisior there for Teresa Belahovy, he was responsible on what she did every day, which would. He was most of the time the medical department as well, I was talking to some of the Provider, that is what I am also looking at.

Plaintiff, prays that the judge will Rul in my favor.
                                                Thank you For Time
                                                     Bernard

                                                Baldwin Michigan
                                                   10/23/16

Bernard Carter #236?
WCCF
2500 W 32nd St.
Baldwin, Mich

Screened By
USMS

GRAND RAPIDS MI 495
27 OCT '16
PM 6 L

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan St.
Lansing, Michigan
48933

48933-152799

Hasler
10/24/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119



THIS MAIL IS C... ..FROM A CORRECTIONAL FAC...