FILED - LN
October 31, 2016 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pw / SCANNED BY: /g /11/1/16

United States of America
United States District Court
For The Western District of Michigan
Southern Division

Bernard Carter,
    Plaintiff,

Case No. 1:16-cv-667

v.

Honorable Robert Holmes Bell

The GEO Group, Inc, et al
    Defendants

Order to Consider to Proceed in Forma Pauperis
Motion Requesting to have attorney represent him

Now comes, Bernard Carter, Plaintiff, pro see, asking to reconsider Plaintiff to dismiss this case without prejured. The reason the Plaintiff would like to, is because he really don't know nothing about the Federal Courts Process like the State court. Where Plaint is wanting to file it there, if possible. If not I would have to proceed. Seeing that I did send you the motion before you made the order, the dismissal from the other defendants would not be in effect, it would go back to where you made discion. Plaintiff just aunt to good with the federal court, so he prays the court will dismiss without prejuds so I can go to the state court first.

Requesting a Attorney
Plaintiff is requesting a lawyer to help him proceed in the above case. Plaintiff feels that, seeing he don't know anything about the law, this would be very useful.

Thank you for your filing
Bernard Carter
1rose

Plaintiff prays that you will grant his motions.
Dated at Baldwin michigan / on: Oct 10/23/16  Oct 23 2016



Bernard Carter #25613
WCCF
P.S. W 32nd ft.
Baldwin, Mich

Screened By
USMS

GRAND RAPIDS MI 495
27 OCT '16
PM 6 L

Hasier
10/24/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119

48933-152799

Office of the Clerk
United States District Court
113 Federal Building
315 west Allegan st.
Lansing, Michigan
48933



THIS MAIL IS C... FROM A CORRECTIONAL FAC...