FILED - LN
October 31, 2016 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: djw / SCANNED BY: /11/1/16

United States of America
United States District Court
For the Western District of Michigan
Southern Division

Bernard Carter,
    Plaintiff

v.

The GEO Group, Inc, et al,
    Defendants

Case No 1:16-CV-667

Honorable Robert Holmes Bell

## Motion to Correct Defendants name

Now comes Bernard Carter, plaintiff, pro se, requesting that the court corrects the spelling of Defendant Teresa Belahlavy, the court spelled it Theresa Belahovt, the correct spelling is Teresa Belahlavy.

Plaintiff is requesting the error in the spelling and hopes that the court will do so.

    Bernard Carter, pro se,
    Plaintiff

Dated at Baldwin Michigan on this date Oct. 23, 2016
10/23/16

Bernard Carter #259613
WCCF
1525 w 32nd St.
Baldwin, Mich

Screened By
USMS

GRAND RAPIDS MI 495
27 OCT '16
PM 6 L

Office of the Clerk
United States District Court
113 Federal Building
315 west Allegan St.
Lansing, Michigan
48933

48933-152799

Hasler
10/24/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119



THIS MAIL IS C...  ...ROM A
CORRECTIONAL FAC...