FILED - LN
November 9, 2016 11:06 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: llg / SCANNED BY: /11/9/16

United States District Court
for the Western District of Michigan
Southern Division

Bernard Carter,
    Plaintiff

V

The GEO Group, Inc., et al
    Defendants

Case No No: 1:16-CV-667
Honorable Robert Holmes Bell

    Motion to Proceed with Pending Case.

Now comes Bernard Carter, Plaintiff, pro se, requesting that the court set aside the Plaintiff's motion to dismiss with prejudice. Plaintiff wants to proceed with the above case. Plaintiff, if the court allows, wants to file for discovery in the above case. Plaintiff, prays that the court will allow him to do so.

Bernard Carter, pro se.
Plaintiff

Renard Carter #226637
MBCF
805 N 32nd St.
Baldwin, Michigan
49304

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

4893381527 C002

Hasler
11/07/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119

THIS MAIL IS ~~~~~~
CORRECTIONAL FACILITY