FILED - LN
January 3, 2017 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /        SCANNED BY

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD CARTER,

    Plaintiff,

v.                                                                                  Case No. 1:16-cv-667

THE GEO GROUP, Inc., et al.,                                  Honorable Robert Holmes Bell

    Defendants.

### NOTICE OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN, pursuant to F.R.C.P. 41(a)((1)(A)(i), that Plaintiff dismisses the above-captioned action, with prejudice. The Clerk may make the following entry in the above-captioned action: "DISMISSED WITH PREJUDICE".

Dated at Baldwin, Michigan this 27 day of December 2016.

PLAINTIFF BERNARD CARTER

BY: _____
Bernard Carter, *Pro se*

1

Bernard Carter #236637
WCCF
1805W 32nd St.
Baldwin, Michigan
49304

Hasler
12/29/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 49304
011D11651119

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan
48933
48933

48933$1527 C002